UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MyITGroup, LLC, | § § § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 4:08-cv-00675 |
| | § | |
| Foundation Coal Corporation, Foundation Coal Development Corporation, Foundation Coal Resources Corporation, Fusion Consulting & Design, LLC, and David DeBoer Individually and d/b/a Fusion Consulting, LLC, and David J. Taylor, Jr. | § § § § § § § § | |
| Defendants. | § | |

## ORDER OF SEVERANCE

After considering Plaintiff, MyITGroup, LLC's, Motion for Severance of Defendants, Fusion Consulting & Design, LLC, David Deboer d/b/a Fusion Consulting, LLC, and David DeBoer, Individually, the response by the remaining defendants, the affidavits and evidence presented, and other evidence on file, the Court

GRANTS the Motion to Sever Defendants, Fusion Consulting & Design, LLC, David Deboer d/b/a Fusion Consulting, LLC, and David DeBoer, Individually as follows:

The Clerk is Ordered to issue a separate cause number and docket sheet be established so that said claim(s) against Defendants, Fusion Consulting & Design, LLC, David Deboer d/b/a Fusion Consulting, LLC, and David DeBoer, Individually can be docketed as an independent action.

SIGNED on _____Sept. 9_____, 2008.

_____
JUDGE MARY MILLOY
U.S. MAGISTRATE